# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02762-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

RONALD JENNINGS FOGLE,

      Plaintiff,

v.

ARCHER THOMAS ELLIOTT, JR.,

      Defendant.

*FILED*
*UNITED STATES DISTRICT COURT*
*DENVER, COLORADO*

*OCT 28 2011*
*GREGORY C. LANGHAM*
*CLERK*

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915, a Prisoner Complaint, a Motion for Order Requesting the

Clerk of the Court to Request Volunteer Counsel to Represent Plaintiff, and a Motion to

Provide Cost and Waive Reimbursement for Personal Service Upon the Named

Defendant.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court

has determined that the submitted documents are deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers that the Plaintiff files in response to this order must include the civil action

number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit

(3)  xx   is missing certified copy of prisoner's trust fund statement for the 6-month
          period immediately preceding this filing:(Account statement submitted is
          not certified by an appropriate official of Plaintiff's penal institution.)
(4)  __   is missing certificate showing current balance in prison account
(5)  __   is missing required financial information
(6)  __   is missing an original signature by the prisoner
(7)  __   is not on proper form (must use the court's current form)
(8)  __   names in caption do not match names in caption of complaint, petition or
          habeas application
(9)  ___  other: Account statement is necessary only if $350.00 filing fee is not paid
          in advance.

**Complaint, Petition or Application**:
(10) __   is not submitted
(11) __   is not on proper form (must use the court's current form)
(12) __   is missing an original signature by the prisoner
(13) __   is missing page nos. ___
(14) __   uses et al. instead of listing all parties in caption
(15) __   names in caption do not match names in text
(16) __   addresses must be provided for all defendants/respondents in "Section A.
          Parties" of complaint, petition or habeas application
(17) __   other: _____

Accordingly, it is

        ORDERED that the Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers which the Plaintiff files in response

to this order must include the civil action number on this order.  It is

        FURTHER ORDERED that the Motion for Order Requesting the Clerk of

the Court to Request Volunteer Counsel to Represent Plaintiff (Doc. No. 3) is denied as

premature.  It is

        FURTHER ORDERED that the Motion to Provide Cost and Waive

Reimbursement for Personal Service Upon the Named Defendant (Doc. No. 4) is

denied as unnecessary.  It is

        FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED October 28, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 11-cv-02762-BNB

Ronald Jennings Fogle
Prisoner No.  106339
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 28, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk